**Daniel J. Welsh, Esq.,**
**Law Offices of Daniel J. Welsh, Esq., LLC**
551 Summit Ave
Jersey City, New Jersey 07306
201-798-4100 (phone)
201-798-4101 (fax)
Attorney for Defendant, John Mangrella

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES of AMERICA | Crim. No. 04-709-02 |
| | |
| | Hon. Katherine S. Hayden, U.S.D.J. |
| v. | |
| | ORDER |
| JOHN MANGRELLA | |

**THIS MATTER**, having been opened to the Court by Daniel J. Welsh, Esq., attorney for defendant, John Mangrella, on an application to remove Mr. Mangrella from electronic monitoring.

IT IS on this 2nd day of June, 2010,

ORDERED that Defendant be removed from electronic monitoring; it is further

ORDERED that a copy of this Order be served upon all parties within 3 days of date hereof.

HON. KATHERINE S. HAYDEN, U.S.D.J.